UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES SEGURA, <br> Plaintiff, <br> v. <br> CITY OF OAKLAND, et al., <br> Defendants. | Case No. 24-cv-09293-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on April 15, 2025. Having considered the parties' proposal, *see* Dkt. No. 17, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | June 28, 2025 |
| Close of Fact Discovery | September 26, 2025 |
| Exchange of Opening Expert Reports | October 11, 2025 |
| Exchange of Rebuttal Expert Reports | October 26, 2025 |
| Close of Expert Discovery | November 10, 2025 |
| Dispositive Motion Hearing Deadline | January 8, 2026 at 2:00 p.m. |
| Pretrial Conference | April 7, 2026, at 3:00 p.m. |
| Jury Trial (4 days) | April 20, 2026 at 8:30 a.m. |

//
//
//
//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4   Dated:    4/16/2025

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge