Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908/Facsimile: (510) 999-7918

RYAN RICHARDSON, City Attorney, SBN 223548
MARIA BEE, Chief Assistant City Attorney, SBN 167716
JOHN A. BURKE, Supervising Deputy City Attorney, SBN 148385
jburke@oaklandcityattorney.org
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238- 2961/Facsimile: (510) 238-6500

Attorneys for Defendants
CITY OF OAKLAND, OFFICERS ELLIOT DIAZ, MEAGAN SMITH, JESSICA CAMACHO, JOHN CATAMBAY, JOCELYN CHANG NEWMAN, DANIEL ESTRADA, and MICHAEL ARMAH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES SEGURA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND; COUNTY OF ALAMEDA; OAKLAND POLICE OFFICER ELLIOT DIAZ; OAKLAND POLICE OFFICER M. SMITH; OAKLAND POLICE OFFICER JESSSICA CAMACHO; OAKLAND POLICE OFFICER JOHN CATAMBAY; OAKLAND POLICE OFFICER JOCELYN CHANG NEWMAN; OAKLAND POLICE OFFICER DANIEL ESTRADA; OAKLAND POLICE OFFICER MICHAEL ARMAH; AND DOES 1-25 INCLUSIVE<br><br>Defendants. | Case No.  24-cv-09293-HSG<br><br>**JOINT STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Joint Stipulation and Order to Dismiss Entire Action With Prejudice [24-cv-9293-HSG]

# STIPULATION

Plaintiff MERCEDES SEGURA, Defendant COUNTY OF ALAMEDA, and Defendants CITY OF OAKLAND, OFFICERS ELLIOT DIAZ, MEAGAN SMITH, JESSICA CAMACHO, JOHN CATAMBAY, JOCELYN CHANG NEWMAN, DANIEL ESTRADA, and MICHAEL ARMAH (collectively "Parties"), hereby stipulate, under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), that all claims and causes of action in this matter be dismissed with prejudice, with the Parties to each bear their own attorneys' fees and costs.

**IT IS SO STIPULATED AND AGREED.**

Dated: May 20, 2025          **LAW OFFICES OF BONNER & BONNER**

                             By:   */s/ A. Cabral Bonner*
                                   Charles A. Bonner
                                   A. Cabral Bonner
                                   Attorneys for Plaintiff
                                   MERCEDES SEGURA

Dated: May 19, 2025          **ORBACH HUFF & HENDERSON LLP**

                             By:   */s/ Kevin E. Gilbert*
                                   Kevin E. Gilbert
                                   Attorney for Defendants
                                   CITY OF OAKLAND, OFFICERS ELLIOT DIAZ,
                                   MEAGAN SMITH, JESSICA CAMACHO, JOHN
                                   CATAMBAY, JOCELYN CHANG NEWMAN,
                                   DANIEL ESTRADA, and MICHAEL ARMAH

Dated: May 19, 2025          **McNAMARA, AMBACHER, et al.**

                             By:   */s/ Noah G. Blechman*
                                   Noah G. Blechman
                                   John J. Swafford
                                   Attorneys for Defendant
                                   COUNTY OF ALAMEDA

Joint Stipulation and Order to Dismiss Entire Action With Prejudice [24-cv-9293-HSG]

**ORDER**

Pursuant to the stipulation of the Parties under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that all claims and causes of action are DISMISSED WITH PREJUDICE, with Plaintiff and Defendants to each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:   5/20/2025

_Haywood S. Gilliam Jr._
Honorable Haywood S. Gilliam, Jr.
United States District Court Magistrate Judge